**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

IN RE:                                                                Case No.: 15-16388-JKO

HIGH RIDGE MANAGEMENT CORP.,                   Chapter 11

    Debtor.
_____/

## DEBTOR'S CORPORATE OWNERSHIP STATEMENT

High Ridge Management Corp., through undersigned counsel, pursuant to Fed. R. Bankr. P. 1007(a)(1) and Local Rule 1002-1(A)(2), files this Corporate Ownership Statement and states:

> There are no corporations that own 10% or more of
> High Ridge Management Corp.'s equity interests.

DATED: April 8, 2015        **MARKOWITZ RINGEL TRUSTY & HARTOG, P.A**.
                                          *Proposed Counsel for Debtor-in-Possession*
                                          101 NE Third Avenue, Suite 1210
                                          Fort Lauderdale, FL 33301
                                          Tel: (954) 767-0030 // Fax: (954) 767-0035

                                          By: /s/ *Timothy R. Bow*
                                                Grace E. Robson, Esq.
                                                Fla. Bar No. 178063
                                                grobson@mrthlaw.com
                                                Timothy R. Bow, Esq.
                                                Fla. Bar No. 104710
                                                tbow@mrthlaw.com

557150