**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

IN RE:                                                              Case No.: 15-16390-RBR

HOLLYWOOD PAVILION, LLC,                          Chapter 11

    Debtor.
_____/

## DEBTOR'S STATEMENT OF EQUITY SECURITY HOLDERS

    Hollywood Pavilion, LLC, through undersigned counsel, pursuant to Fed. R. Bankr. P. 1007(a)(3), files this Statement of Equity Security Holders and states:

| Equity Security Holder | Interest |
|---|---|
| High Ridge Management Corp. | 100% Membership Interests |

DATED: April 8, 2015

**MARKOWITZ RINGEL TRUSTY & HARTOG, P.A.**
*Proposed Counsel for Debtor-in-Possession*
101 NE Third Avenue, Suite 1210
Fort Lauderdale, FL 33301
Tel: (954) 767-0030 // Fax: (954) 767-0035

By: /s/ *Timothy R. Bow*
    Grace E. Robson, Esq.
    Fla. Bar No. 178063
    grobson@mrthlaw.com
    Timothy R. Bow, Esq.
    Fla. Bar No. 104710
    tbow@mrthlaw.com

557155