UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No.: 15-16388-JKO |
| HIGH RIDGE MANAGEMENT CORP., | Chapter 11 |
| Debtor._____/ | |
| IN RE: | Case No.: 15-16390-RBR |
| HOLLYWOOD PAVILION, LLC, | Chapter 11 |
| Debtor._____/ | |
| IN RE: | Case No.: 15-16389-RBR |
| HOLLYWOOD HILLS REHABILITATION CENTER, LLC, | Chapter 11 |
| Debtor._____/ | |

**DEBTORS' *EX PARTE* MOTION FOR JOINT ADMINISTRATION OF CASES**

High Ridge Management Corp. ("High Ridge"), Hollywood Pavilion, LLC ("Pavilion") and Hollywood Hills Rehabilitation Center, LLC ("Hollywood Hills"), move, on an *ex parte* basis, pursuant to Fed. R. Bankr. P. 1015 and Local Rules 1015-1, 5005-1(G)(1)(a) and 9013-1(C)(13), to jointly administer their cases under the case of High Ridge. In support of this motion (the "Motion"), the Debtors state:

1. On April 8, 2015 (the "Petition Date"), High Ridge Management Corp., Hollywood Pavilion, LLC, and Hollywood Hills Rehabilitation Center, LLC (collectively, the "Debtors") filed voluntary petitions under Chapter 11 of the Bankruptcy Code.

2. Pursuant to Fed. R. Bankr. P. 1015(b), the court may order joint administration of bankruptcy estates where the debtors are "affiliates." An "affiliate" is defined in the Bankruptcy Code as an entity that operates the business or substantially all of the property of the debtor under a lease or operating agreement. *See* 11 U.S.C. § 101(2)(D).

3. The Debtors are affiliated entities. As reflected in the Hollywood Hills Corporate Ownership Statement and Statement of Equity Security Holders, High Ridge is the one-hundred percent (100%) owner of the membership interests in Hollywood Hills. [Case No. 15-16390-RBR, ECF Nos. 3 and 4]. As reflected in the Pavilion Corporate Ownership Statement and Statement of Equity Security Holders, High Ridge is the one-hundred percent (100%) owner of the membership interests in Pavilion. [Case No. 15-16389-RBR, ECF Nos. 3 and 4].

4. High Ridge owns real property located at 1200 North 35th Avenue and 1201 North 37th Avenue, Hollywood Florida (the "Real Property"), and is the landlord of Pavilion and Hollywood Hills. Before executing a management agreement with Larkin Community Hospital, Pavilion was operating a fifty (50) bed Florida-licensed mental health hospital on the Real Property. Before the appointment of a receiver, Hollywood Hills operated a one hundred fifty-two (152) bed Florida-licensed nursing home on the Real Property.

5. Prior to January 14, 2014, when a receiver was appointed, High Ridge managed the operations for Pavilion and Hollywood Hills.

6. The Debtors submit that joint administration of the Debtors would not give rise to any conflict of interest among the states to be jointly administered. Moreover, joint administration would be in the best interests of the creditors of each estate.

7. The Debtors propose that the case of High Ridge, Case No. 15-16388-JKO be designated the "lead case," as it is the case with the lowest case number.

8. Accordingly, the Debtors respectfully request that the Court enter an order jointly administering the Debtors.

WHEREFORE, the Debtors respectfully requests that the Count enter an order: (1) granting the Motion; (2) jointly administering the Debtors' cases, with Case No. 15-16388-JKO as the lead case; and (3) granting any other relief it deems appropriate. A proposed form of order accompanies this Motion.

DATED: April 8, 2015　　　　　　　　**MARKOWITZ RINGEL TRUSTY & HARTOG, P.A**.
　　　　　　　　　　　　　　　　　　*Proposed Counsel for Chapter 11 Debtors*
　　　　　　　　　　　　　　　　　　101 NE Third Avenue, Suite 1210
　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33301
　　　　　　　　　　　　　　　　　　Tel: (954) 767-0030 // Fax: (954) 767-0035

　　　　　　　　　　　　　　　　　　By: /s/ *Timothy R. Bow*
　　　　　　　　　　　　　　　　　　　　Grace E. Robson, Esq.
　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 178063
　　　　　　　　　　　　　　　　　　　　grobson@mrthlaw.com
　　　　　　　　　　　　　　　　　　　　Timothy R. Bow, Esq.
　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 104710
　　　　　　　　　　　　　　　　　　　　tbow@mrthlaw.com

556196