

**ORDERED in the Southern District of Florida on April 10, 2015.**

John K. Olson, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No.: 15-16388-JKO |
| HIGH RIDGE MANAGEMENT CORP., | Chapter 11 |
| Debtor._____/ | |
| IN RE: | Case No.: 15-16389-JKO |
| HOLLYWOOD HILLS REHABILITATION CENTER, LLC, | Chapter 11 |
| Debtor._____/ | |
| IN RE: | Case No.: 15-16390-JKO |
| HOLLYWOOD PAVILION, LLC, | Chapter 11 |
| Debtor._____/ | |

**ORDER JOINTLY ADMINISTERING CHAPTER 11 CASES**

This matter came before the court ex parte on a motion filed pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1(B)(2)(a).

The cases identified in the caption of this order are pending in this court by a debtor and an affiliate. It appears that these cases should be jointly administered as authorized under Bankruptcy Rule 1015 and Local Rule 1015-1.

Accordingly it is **ORDERED** that:

1. These cases shall be jointly administered. Case No. 15-16388-JKO is designated the "lead case".

2. A single case docket and court file will be maintained hereafter under the "lead case" number.

3. Pleadings filed in other than the lead case shall be captioned under the lead case name(s) and case number followed by the words "(Jointly Administered)" and beneath that caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and number of the case in which the claim is asserted. Separate claims registers shall be maintained for each case. Ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted on was filed.

4. The debtor-in-possession, or if applicable, trustee, will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

# # #

**Submitted by:**
Timothy R. Bow, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Proposed Counsel for Debtors-in-Possession*
101 NE Third Avenue, Suite 1210
Fort Lauderdale, Florida 33301
Tel: (954) 767-0030

**Copies to:**
Timothy R. Bow, Esq. *(Attorney Bow is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*                                                                                                         561441